FILED

JAN 16 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHNNY BACA,<br><br>    Petitioner - Appellant,<br><br>v.<br><br>DERRAL ADAMS,<br><br>    Respondent - Appellee. | No. 13-56132<br><br>D.C. No. 5:08-cv-00683-MMM-PJW<br>Central District of California,<br>Riverside<br><br>ORDER |

Before: KOZINSKI, WARDLAW, and W. FLETCHER, Circuit Judges.

Respondent's unopposed letter request to defer submission of this case for an additional two weeks is hereby GRANTED. Respondent is directed to update the court by January 29, 2015, regarding the status of discussions on this matter.