13-56132

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**JOHNNY BACA,**

                      Petitioner-Appellant,

    **v.**

**DERRAL ADAMS, Warden,**

                      Respondent-Appellee.

On Appeal from the United States District Court
for the District of California
No. ED CV 08-683 MMM (PJW)
The Honorable Margaret M. Morrow, Judge

**APPELLEE'S UNOPPOSED MOTION FOR
SUMMARY REVERSAL AND REMAND TO
THE DISTRICT COURT TO
CONDITIONALLY GRANT THE WRIT**

    KAMALA D. HARRIS
    Attorney General of California
    JULIE L. GARLAND
    Senior Assistant Attorney General
    DAVID DELGADO-RUCCI
    Deputy Attorney General
    KEVIN VIENNA
    Supervising Deputy Attorney General
    State Bar No. 186751
     110 West A Street, Suite 1100
     San Diego, CA 92101
     P.O. Box 85266
     San Diego, CA 92186-5266
     Telephone: (619) 645-2198
     Fax: (619) 645-2191
     Email: Kevin.Vienna@doj.ca.gov
    *Attorneys for Respondent-Appellee*

Pursuant to Fed. R. App. P. 27, Appellee-Respondent respectfully moves this Court to summarily reverse the judgment of the district court, remand the matter, and direct the issuance of a conditional writ of habeas corpus.

After oral argument, this matter was discussed with the Attorney General and the new Riverside County District Attorney. In the interest of justice, the People have concluded that the conviction should be set aside. Therefore, in behalf of the State, the Attorney General asks this Court for summary reversal.

Counsel for Mr. Baca agrees with this resolution. Thus, more specifically, the Parties ask the Court to reverse the judgment of the district court and remand, with directions to issue a conditional grant of the writ, requiring that Appellant Baca be released or, in the alternative, retried within a reasonable time.

Dated: January 29, 2015          Respectfully Submitted,

                                       KAMALA D. HARRIS
                                       Attorney General of California
                                       JULIE L. GARLAND
                                       Senior Assistant Attorney General
                                       DAVID DELGADO-RUCCI
                                       Deputy Attorney General

                                       s/ KEVIN VIENNA
                                       KEVIN VIENNA
                                       Supervising Deputy Attorney General
                                       *Attorneys for Respondent-Appellee*

SD2013807023; 71020443.doc